IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ATIBA PARKER**                                                                                          **PETITIONER**

**v.**                                                                                          **No. 4:23CV116-SA-RP**

**KEVIN JACKSON, ET AL.**                                                                                          **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice on the merits and under the doctrine of procedural default.

**SO ORDERED**, this, the 23rd day of September, 2025.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE